UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOSHUA N. HIXSON, *ET AL.*, O/B/O | ) | |
| DENNIS HIXSON, Deceased | ) | |
| | ) | |
| v. | ) | NO. 2:10-CV-152 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

# **O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 15, 2011. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 9], be granted, and defendant's motion for summary judgment, [Doc. 11], be denied. The defendant has filed objections to this recommendation, [Doc. 16]. After careful and *de novo* consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objections are **OVERRULED**, that this Report and Recommendation is

1

**ADOPTED** and **APPROVED**, [Doc. 13], that the plaintiff's motion for judgment on the pleadings, [Doc. 9], is **GRANTED**, and that defendant's motion for summary judgment, [Doc. 11], is **DENIED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE